Allan E. Richardson, LLC
915 Haddon Ave.
Collingswood, NJ 08108
Tel: 856-858-3330, Fax: 856-858-3343
Arichardson@employmentlaw-nj.com
Attorney for Defendants Borough of Lawnside, John Cunningham

| CARMEN CHAPMAN<br><br>Plaintiff,<br><br>v.<br><br>BOROUGH OF LAWNSIDE, LLOYD LEWIS, JOHN CUNNINGHAM<br><br>Defendants | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY CAMDEN VICINAGE<br>CIVIL NO 08-cv-1695<br><br>Civil Action<br><br>**STIPULATION OF DISMISSAL AS TO COUNT ONE OF THE COMPLAINT** |
|---|---|

The matter in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated that this matter be dismissed as to Count One of the Complaint, with prejudice and without costs against either party.

| Jacqueline M. Vigilante, Esq.<br>Attorney for Plaintiff<br><br>*/s/ signature* | Linda A. Galella, Esq.<br>Attorney for Defendants Borough Lawnside and John Cunningham<br><br>*/s/ Linda A. Galella* |
|---|---|
| Guy Ryan, Esq.<br>Attorney for Defendant Lt. Lloyd Lewis<br><br>*/s/ signature* | |

1